**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION**     **PLAINTIFF**

**vs.**     **4:10CV01420-WRW**

**VALLEY MOTORS, INC.**     **DEFENDANT**

## ORDER

Pending is Plaintiff Equal Employment Opportunity Commissions's Motion for Pro Hac Vice (Doc. 2) to admit Markeisha K. Savage to appear as an additional attorney of record. The motion is GRANTED.

IT IS SO ORDERED this 7th day of December, 2010 (Pearl Harbor Day).

                        /s/Wm. R. Wilson, Jr.
                        UNITED STATES DISTRICT JUDGE